## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Ronald Spencer, 284544

       *Plaintiff,*

                           CASE NO. 2:24-cv-11255-MFL-APP

*v.*

                           MAGISTRATE JUDGE KIMBERLY G. ALTMAN

Stoyk, et al.

       *Defendants.*

_____/

## ORDER RESCHEDULING PRO SE PRISONER
## EARLY MEDIATION CONFERENCE

This case was scheduled for mediation on November 12, 2024. However, due to a scheduling conflict, the mediator was unable to accommodate the scheduled mediation session on that date. Therefore,

**IT IS ORDERED** that the mediation is rescheduled to **Friday, November 22, 2024 at 9:00 AM**. **Joshua Goodrich** is the new mediator assigned to the conference, and Plaintiff will appear by video conference as previously coordinated. The parties do not need to provide new mediation statements, supplements or waivers.

                           s/Kimberly G. Altman
                           Kimberly G. Altman
                           United States Magistrate Judge

Dated: November 15, 2024